1  MICHELE BECKWITH
   Acting United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

```
                    FILED
                  Feb 20, 2025
             CLERK, U.S. DISTRICT COURT
           EASTERN DISTRICT OF CALIFORNIA
```

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEARCH OF 2484      CASE NO: 2:25-SW-00135-JDP
   AMELIA EARHART AVENUE,
12 SACRAMENTO, CALIFORNIA 95834             [PROPOSED] ORDER TO UNSEAL SEARCH
                                            WARRANT AND RELATED FILINGS
13

14

15    Upon application of the United States of America and good cause having been shown,

16    IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, unsealed.

17

18    Dated: February 20, 2025
                                           _____
19                                         THE HONORABLE JEREMY D. PETERSON
                                           United States Magistrate Judge